UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WRM AMERICA INDEMNITY COMPANY, INC., as Subrogee of SAINT MARY-OF-THE-WOODS COLLEGE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:12-cv-73-WTL-WGH |
| SIEMENS BUILDING TECHNOLOGIES, INC. a/k/a SIEMENS INDUSTRY, INC., | ) ) ) ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Motion to Compel filed May 8, 2013. (Docket No. 46). Defendant filed its Response in Opposition to the motion on May 16, 2013. (Docket No. 48). No reply brief has been filed. On June 12, 2013, the Plaintiff filed a Motion Requesting Hearing. (Docket No. 52). That motion is **DENIED.**

The Magistrate Judge, being duly advised, now **GRANTS, in part,** and **DENIES, in part,** the Motion to Compel, as follows:

1. **Request for Production No. 2:** The motion is granted as the term "system" is not vague, ambiguous, or confusing. Defendant's own documents refer to a "system" being installed. Defendant should provide those guidelines, specifications, rules, standards, regulations, or standards of care relied upon or

utilized by it in completing the work on the campus under the contract at issue in this case.

    2. **Request for Production No. 3:** The motion is denied. However, if Defendant intends to use expert testimony which purports to incorporate any such standards or regulations, it must provide a copy of the standards or regulations used by its expert in rendering the expert's opinion.

    3. **Request for Production No. 5:** The motion is denied as not relevant.

    4. **Request for Production No. 11:** The motion is granted to the extent that Defendant must produce all documents utilized or relied upon in performing any work on the basement of Guerin Hall in 2004.

    5. **Request for Production No. 14:** The objection is overruled, and the motion is granted. Defendant shall provide the qualifications of each person involved in the work performed at St. Mary's, whether it involves arguable design and/or installation.

    6. **Request for Production No. 16:** The relevancy objection is overruled, and the motion is granted.

All materials required to be produced under this order are to be produced within twenty (20) days of this date.

    **SO ORDERED.**

**Dated:** June 17, 2013

                                      William G. Hussmann, Jr.
                                      United States Magistrate Judge
                                      Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email.**